**Order entered December 1, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00525-CV

**THE UNIVERSITY OF TEXAS SYSTEM, Appellant**

**V.**

**DIANE M. BARTEK, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-12515**

### ORDER

Before the Court is appellee's November 23, 2020 second unopposed motion to extend time to file her response brief. We **GRANT** the motion and **ORDER** appellee's response brief be filed no later than December 23, 2020.

/s/    BILL WHITEHILL
        JUSTICE